

# NUMBER 13-23-00200-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.J.M., A CHILD

### On appeal from the 166th District Court
### of Bexar County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Benavides

This matter is before the Court on an unopposed motion to dismiss appeal.[1] On July 13, 2023, the parties were ordered to mediation. On August 7, 2023, the parties resolved this case through mediation. On August 9, 2023, the mediator filed a certification that the parties appeared at mediation and confirmed settlement of the matter.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Upon review of the unopposed motion, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the motion to dismiss is granted, and the appeal is hereby dismissed.

In accordance with the motion, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

GINA BENAVIDES
Justice

Delivered and filed on the
31st day of August, 2023.